for reargument, affirmed, with ten dollars costs and disbursements to defendants, respondents, Marceca and Schar, and ten dollars costs and disbursements to plaintiff, respondent. No opinion. Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.

In the Matter of the Application of GENERAL LINEN SUPPLY & LAUNDRY COMPANY, INC., for an Order Directing that an Arbitration Proceed between the Said GENERAL LINEN SUPPLY & LAUNDRY COMPANY, INC., Respondent, and NEW YORK LINEN SUPPLY & LAUNDRY COMPANY, INC., Appellant.— Order to compel arbitration affirmed, with ten dollars costs and disbursements. Order, as resettled, denying motion to strike out a specified portion of the petition, affirmed, without costs. No opinion. Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.

In the Matter of the Application and Petition of J. EDWARD SIMMONS, CHARLES N. CHADWICK and CHARLES A. SHAW, Constituting the Board of Water Supply of the City of New York, to Acquire Real Estate for and on Behalf of the City of New York, in the County of Westchester, State of New York, etc. SOUTHERN AQUEDUCT DEPARTMENT, SECTION No. 14, Respondent; VILLAGE OF PLEASANTVILLE, Appellant.— Order setting aside report of commissioners of appraisal as to parcel 998 unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

ELLA LARSON, Respondent, v. THE BROOKLYN CITY RAILROAD COMPANY, Appellant.— Judgment unanimously affirmed, with costs, upon authority of *Larson* v. *Brooklyn City Railroad Co.* [*post*, p. 791], decided herewith. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

OSCAR LARSON, an Infant, etc., by ELLA LARSON, His Guardian ad Litem, Respondent, v. THE BROOKLYN CITY RAILROAD COMPANY, Appellant.— Judgment unanimously affirmed, with costs. The question as to whether the infant plaintiff was a trespasser, or could, in view of his years, be such, was not raised upon the trial, and the defendant, having acquiesced in the manner in which the case was submitted to the jury, cannot now complain. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

PHILIP MANGER, Appellant, v. CHARLES F. GOLDING, Respondent.— Order granting motion to strike cause from Special Term calendar affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.

ELIZABETH McENERY, an Infant, by MARGARET McENERY, Her Guardian ad Litem, Appellant, v. THE LONG ISLAND COLLEGE HOSPITAL, Respondent.— Judgment reversed upon the law and the facts, and new trial granted, costs to abide the event. The status of Mrs. Williams is not clearly shown. We are not prepared to say that defendant would not be liable if it knowingly permitted a careless or unskilled person to continue work, particularly if such work required skill. The question of defendant's liability for the transfer of the Dowd girl, after she was afflicted with the infectious disease, from the large ward into the small one, where plaintiff was located, is also presented, as well as the duty of defendant to warn those in charge of the small ward when the transfer was made. We deem these questions important in this case, and believe they can be more fully and fairly considered after a thorough trial of the issues. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.